# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Jackson Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 07 2020
ARTHUR JOHNSTON
BY ______ DEPUTY

Case No. 3:20cv782 HTW-LRA
*(to be filled in by the Clerk's Office)*

Darile Johnson
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

hinds county detention Facility
MR. Victor Mason, Sheriff
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MR. DARile Johnson, #27928

All other names by which you have been known: i'm housed at Central Mississippi

ID Number: Correctional Facility

Current Institution:

Address:

PEARL — City | MS — State | 39208 — Zip Code

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: MR. Victor MASON, Sheriff

Job or Title *(if known)*: Hinds County detention Facility

Shield Number: 1450 Raymond, MS HWY 18

Employer:

Address:

Raymond — City | MS — State | 39154 — Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Board Supervisors

Job or Title *(if known)*: Hinds County

Shield Number:

Employer:

Address:

Jackson — City | MS — State | 39205 — Zip Code

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

City ______ State ______ Zip Code ______

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

City ______ State ______ Zip Code ______

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First amendment, 8th amendment, and 14th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

the board Supervisors and the Sheriff was very Familar with the condition of the Hinds County detention Facility and the board Supervisors gave the Sheriff 15 million dollars to repair the jail but he Fail in alot of Major areas of the jail and jail stayed in the conditions from 2012 until 2020 until the New Sheriff Vance Lee.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

my Statement of Claims attached herein.

Statement of Claim

On or about December 7, 2016, I made Parole From M.D.O.C. and I had detainer on me From Hinds County. the deputy Sheriff Came in Picked me up and took me to Hinds County detention Facility. I mean this jail Was in Really bad Condition than it Was When I Was here the last time... the Rust on the Steal bed had gotton Worser, the Mold had gotton Worser in some Cells, the Plumbing Was bad in a lot of Cells, the maintenance Was bad all around the zone, and the Zones Was just Filthy most of the times. the City Councilors Voted (2) to (3) Whether or not to Shut the jail down or Keep it open and the (3) Voted to Close this jail. this the year of 2013 or 2014 but they desided to Repair the jail With 15 million dollars instead of spending 30 million dollars For a New jail. they gave the Ex-Sheriff Tyrone Lewis the 15 million to Repair the jail, but he got Caught up in some Curruption issues Concerning the 15 million so he did not make Sheriff the second term. but the jail was still left in its

bad Conditions mention herein early. than MR. Victor MASON became Sheriff January of 2016, and the Councilors gave him 15 million dollars to Repair this jail in 2017 OR 2018, and he was a little more smarter than MR. Tyrone Lewis (ExSheriff), I were housed in the County jail at this time and I was hired on the Painting Crew. this What MR. MASON done; you three (3) units of the jail, and you have Four (4) tiers on every housing units... (A) unit, (B) unit, and (C) unit. MR. MASON Picked one (1) tier to Fully Repair and the other three (3) tiers he just order us to Clean and Painted. this mean three (3) tiers on each units did Not get Repaired like it suppose to have been done... Concerning the Plumping Repaired, the maintence Repaired, and the Proper materials to Remove the Mold and Rust Which was the most important Part of the details in the entirely jail. once the Violences Start happen Stabbing and Couple of Riots took Place, and some of our Family members Start Reporting these incidents to the Right officials and News (12) and (3) on your Side Put these incidents out to the [redacted] Puble Citizens of Hinds County, this

When Some Law suits Was filed into this honorable Court concerning the conditions of this jail still in bad Conditions. this Court Released an agreement OR injunction ORder (I have it), this When MR. MASON, Sheriff, hired more officers, the medical filed got better, the Food start been Hot meals most of the times NOW, and they hired a black Woman by the Name MRS. Plumper, but she Was LT. Plumper as officer, She hired me on her Cleanup Crew, We go a Round every morning to every units and tiers and Pass out the Cleaning supplies With the mops and brooms. but the Showers floors Was gone on Some tiers, the mold, Rust, Plumping, and maintence issues Still exist through the entirely jail. I Caught a Foot Fungal on my Right Foot that I Still deal With today and I Still get treatment For it, and I Keep a headaches Since I Was housed there and I did Not have these Problems until I was housed in the hinds County detention facility in December 7, 2016 until May 18, 2019 When I Left. it Was Said MR. Victor MASON, Will Not Win Second Round For sheriff For the conditions the jail Was still in and the Sexual harassment Charges on the two (2) employees complainted.

Claims of united States Constition Violations

Claim #1. MR. Mason, was trusted with State Funds to Repare the Conditions of the jail, to bring it up to living Conditions but he neglect his obligation duties as Sheriff ~~intention~~ by Corruption Not Seeking ensure the Comply with the united States Constitution Conditions in the jail. therefore, he Flaggrant disregarde of his trust.

Claim #2. the cells doors was still broking, you could not Lock them, this denied me Safety and Supervision to Protect incarcerated Persons From violence acts and Staffs.

Claim #3. he Fail to Follow the Facility Safety inspections that include indentification of damaged doors, locks, Cameras, and safety equipment.

Claim #4. the Living Conditions was not up to Part to Past health inspection by the human Service or the D.F.A. department. Wherefore, I was Force to live in this Filth For two (2) years and (5) month, breathing in this mold and living on Rust every day with no exception. these Conditions is detrimental to my health

and this is a medical Proving Facts. I Receive headaches Right Now From breathing all the mold in and other bad Smell When the Plumping bag up.

Claim #5. mental Part: I Will Never Forget the Conditions WE lived in For (2) years and (5) months. and those we left behind in that Same Conditions but the New Sheriff MR. Vance LEE Will do his best to get that jail up to Living Standards. but to wast any more Citizens Tax money, if it was me, From What I Know about this jail Conditions, I'll Request For a New jail Period Cause that jail is all Rust out and the mold is every Where. my guess, (2) to (3) more years its over With For the jail house on HWY 18 Raymond, MS 39154. but I Pray that one day Soon they Will Provide a better living headquarter For Hinds County to houses detainee and Prisoners Etc.. but as I Went through this matter For So long, this is gross Negligent and Cruel and unusual treatment. Constitution Violations basic Points in this case, First, the unliving conditions

to Place human beings in such living quarter is mistreatment described herein, was no aberration, detainee and Prisoners Routinely Faced these Conditions at Hinds County detention Facility, and no one Ready seemed to care but the ones have a Love one there but I care and Pray that this honorable Court does as well. Second, the long-term Solution to Penal Problems in Mississippi Would have to Come From the outside Cause this been going on For a long time, Meaning - Rooter within, the Federal Court Would have to Led the way. this just my opinion From experiences Concerning issues like this one. the end of my Claims Concerning Hinds County detention Facility... May God bless the just and the Poor A-Min.

this is the 17th day of November, 2020.

Respectfully Submitted,
MR. Darile Johnson
#27928, C.M.C.F.
P.O. box 88550
Pearl, MS 39208

C. What date and approximate time did the events giving rise to your claim(s) occur?

every day From December 7, 2016
until may 18, 2019.
I still have the Foot Fungal and headaches NOW.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Well, it a lot of individuals that was housed in the jail Said they will be Witnesses For me and some of their Family member. I just got to get out cause some out and some still Locked up.

I have a Foot fungal that I caught From their shower, and I have headaches From breathing in the mold so long.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For cruel and unusual treatment of the mold, Rust, and filthiness Force to For (2) years and (5) months, I also Received Foot Fungal, and headaches From the mold by breathing it in Which is detrimental to my health, and For Sheriff MR. MASON, Flaggrant disregarde and gross Negligent, I ask For 200,000 For each year money damage and For the (5) months, Please get the Hinds County jail up to the United States Constitution Comply Standards OR a New jail. thank you in advance.

Prison Reform needed It bad in Mississippi.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

they have a computer on the wall in every tier but they working so they had to come back and do them I did write the sheriff, Sgt., and LT. about the jail condition and told with them face to face.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes but the computer wasn't working right at first.
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes Some
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

I got treated for my foot fungal and I always complainted about the safety of the doors and filthness of the tier I was housed in.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   I wrote the Sheriff and talked With him, and said that he was waiting on the money to Repair the jail.

2. What did you claim in your grievance?

   the filthness of the jail and about Cleaning supplies, I even filed about the doors dont Lock at all.

3. What was the result, if any?

   all of them, Sheriff, LT, Sgt, and officers said they will start Repairing the jail as soon as the sheriff get the money.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   there isn't no steps far as I Know in the county jail. you put it on the computer and someone in that department answer it. Some time it be the same woman answer any grievance you filed.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

in the Northren District Court
Greenville, MS I don't Remember the Year OR date.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 17, 2020

Signature of Plaintiff: MR. Darile Johnson, #27928

Printed Name of Plaintiff: Central Mississippi Correctional facility

Prison Identification #: P.O. box 88550

Prison Address:

Pearl (City) MS (State) 39208 (Zip Code)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

City ____ State ____ Zip Code ____

Telephone Number: ____________

E-mail Address: ____________